# FEBRUARY 7, 1940

L. E. M. Boren v. The State.

No. 20817. Delivered February 7, 1940.

The opinion states the case.

*A. W. Cameron,* of Edinburg, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.
Conviction for a misdemeanor; punishment being assessed at confinement in jail for thirty days.

The record is before us without a statement of facts. In the absence of a statement of facts we are unable to appraise appellant's exceptions to the charge of the court.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.